```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

DANIEL ORIAKHI,                  :
                                 :   Civil Action No. 09-1444 (RMB)
        Plaintiff,               :
                                 :
        v.                       :   **ORDER**
                                 :
MICHAEL W. CARROLL, et al.,      :
                                 :
        Defendants.              :

For the reasons expressed in the Opinion filed herewith,

IT IS on this **23rd** day of **October 2009**,

**ORDERED** that Plaintiff's application to proceed in forma pauperis is hereby granted pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

**ORDERED** that the Clerk of the Court shall file the Complaint and the Amended Complaint without prepayment of fees or security; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail upon the U.S. Attorney for the District of New Jersey and the warden of the U.S. Penitentiary at Beaumont, Texas; and it is further

**ORDERED** that all claims allegedly arising out of Plaintiff's confinement in the Special Housing Unit or other confinement outside of the general population, between April and October of 2007, are **DISMISSED WITH PREJUDICE**; and it is further

    **ORDERED** that all claims against Defendant William Langehennig are **DISMISSED WITH PREJUDICE**; and it is further

    **ORDERED** that the access-to-courts claim is **DISMISSED WITH PREJUDICE**; and it is further

    **ORDERED** that Plaintiff's pendent state-law tort claim against Defendant Laureano Reyes is **DISMISSED WITHOUT PREJUDICE** or, in the alternative, to the extent this **Court can exercise jurisdiction, the claim is DISMISSED WITH PREJUDICE**; and it is further

    **ORDERED** that this dismissal shall count as a "strike" for purposes of 28 U.S.C. § 1915(g); and it is further

    **ORDERED** that Plaintiff is assessed a filing fee of $350.00 which shall be deducted from Plaintiff's institutional account pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

    **ORDERED** that, pursuant to 28 U.S.C. § 1915(b)(2), until the $350.00 fee is paid, each month that the amount in Plaintiff's prison account exceeds $10.00, the agency having custody of Plaintiff shall assess, deduct from his institutional account, and forward to the Clerk payments equal to 20% of the preceding month's income credited to Plaintiff's institutional account, with each payment referencing the civil docket number of this action; and it is further

**ORDERED** that the Clerk of the Court shall close the Court's file in this matter.

s/Renée Marie Bumb
Renée Marie Bumb
United States District Judge